## People of State of Illinois, Defendant in Error, v. Charles Britt, Plaintiff in Error.

Heard in this court at the February term, 1945; opinion filed March 5, 1945; released for publication April 5, 1945. Ulys Pyle, for plaintiff in error; Julius Reznik, of counsel; Ben H. Townsend, for defendant in error. Opinion by JUSTICE CULBERTSON. Not to be published in full.

## Loyd Hedden, Appellee, v. Farmers Mutual Re-Insurance Company of Chicago, Appellant.

Heard in this court at the February term, 1945; opinion filed March 5, 1945; released for publication April 5, 1945. James A. Watson, for appellant; Grover E. Holmes, for appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full.